```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America,
     Plaintiff

        v.
                              Case No.  12-cr-37-01-SM

Daniel Hufstetler,
     Defendant

## O R D E R

The parties' Joint Assented-to Motion to Continue the final pretrial conference and trial for 60 days is granted (document no. 21).  Trial has been rescheduled for the month of October 2012.  Defendant Hufstetler shall file a waiver of speedy trial rights on August 6, 2012, or as soon as he is returned to the district.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 5, 2012 at 2:00 p.m.

Jury selection will take place on October 16, 2012 at 9:30 a.m.

SO ORDERED.

                                          Steven J. McAuliffe
                                          U.S. District Judge

July 26, 2012

cc:    Mark Sisti, Esq.
       John Farley, AUSA
       U.S. Marshal
       U.S. Probation