UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
      Plaintiff

          v.
                                    Case No.   12-cr-37-01-SM

Daniel Hufstetler,
      Defendant

O R D E R

Defendant Hufstetler's Assented-to Motion to Continue the final pretrial conference and trial for 30 days is granted (document no. 25).   Trial has been rescheduled for the month of November 2012.  Defendant Hufstetler shall file a waiver of speedy trial rights on or before October 12, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 7, 2012 at 2:30 p.m.

Jury selection will take place on November 14, 2012 at 9:30 a.m.

SO ORDERED.

                                                          Steven J. McAuliffe
                                                          U.S. District Judge

October 1, 2012

cc:    Mark Sisti, Esq.
        John Farley, AUSA
        U.S. Marshal
        U.S. Probation