UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                    Case No. 12-cr-37-01-SM

<u>Daniel Hufstetler</u>

<u>ORDER</u>

Re: Document No. 25, Assented to Motion to Continue Trial for 30 days.

Ruling: Granted. Defendant's recent correspondence is not construed as a motion for appointment of counsel as defendant has retained counsel of his choice, nor is it construed as a motion for appropriate relief, as defendant is represented by retained counsel. The correspondence shall be forwarded to defendant's counsel, who shall endeavor to resolve the issues defendant seeks to raise and/or advise the defendant with respect to the proper avenues of relief available to him.

Date: October 1, 2012

                                          Steven J. McAuliffe
                                          U.S. District Judge

cc: Mark Sisti, Esq.
    John Farley, AUSA